**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In the matter of: | Case No. 24-35293-**H2-7** |
| **CNC WAREHOUSE, LLC** | Chapter 7 <br> **MOTION TO PAY FUNDS INTO** <br> **THE REGISTRY UNDER** <br> **11 U.S.C. §347(A)** |
| Debtor | Judge Alfredo R. Perez |

The undersigned trustee reports:

_____   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__   More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United State Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: June 9, 2026

*/s/ Randy W. Williams*
Randy W. Williams, Trustee
7924 Broadway, Suite 104
Pearland, TX  77581
281.884.9262

## CERTIFICATE OF SERVICE

I certify that the Motion to Pay Funds into the Registry Under 11 U.S.C. §347(a) was served on the U.S. Trustee by first class U.S. Mail, postage prepaid, on this 9th day of June, 2026 unless served by ECF at the time of electronic filing.


/s/ Randy W. Williams
Randy W. Williams, Trustee

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In the matter of: | Case No. **24-35293-H2-7** |
| **CNC WAREHOUSE, LLC** | Chapter 7 |
| Debtor(s) | Judge **Alfredo R Perez** |

## EXHIBIT A

**TO THE CLERK OF THE COURT**

The attached check in the amount of $390.49 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name and addresses of the party entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Nathan Fusselman<br>415 E. Taylor St.<br>Apt. 2071<br>San Jose, CA  95112 | 4 | $390.49 |
| Total Unclaimed Dividends | | $390.49 |

Dated: 06/09/2026

/s/ RANDY W. WILLIAMS
RANDY W. WILLIAMS
7924 BROADWAY, SUITE 104
Pearland, TX 77581
Telephone : (281) 884-9269
Facsimile : (832) 397-8181

cc: U.S. Trustee